Kellie Walters (SBN 342755)
Eric Sapp (SBN 240372)
Legal Services for Prisoners with Children
4400 Market Street
Oakland, CA 94608
(415) 625-7043
kellie@prisonerswithchildren.org

Richard Tan (SBN 327366)
Law Offices of Richard Tan
725 Washington St.
Oakland, CA 9460712
(510) 345-3246
richard@richardtanlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM BROWN, AKA MINISTER KING X, & ALL OF US OR NONE,<br><br>Plaintiffs,<br><br>Vs.<br><br>GOVERNOR GAVIN NEWSOM, SECRETARY JEFF MACOMBER, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, JOHN DOES 1-10, and STATE OF CALIFORNIA,<br><br>Defendants. | No. 2:24-cv-01281<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO REDACT EXHIBIT A OF THE FIRST AMENDED COMPLAINT<br><br>Honorable Daniel J. Calabretta |

ORDER

This matter coming before the court on Plaintiffs' Unopposed Motion to Redact Exhibit A of the First Amended Complaint (Dkt # 63), all parties being duly notified, it is hereby ordered that:

ORDER ON PLAINTIFFS' MOTION TO REDACT EXHIBIT A OF THE FIRST AMENDED COMPLAINT      1

1. Plaintiffs' Unopposed Motion to Redact Exhibit A of the First Amended Complaint is GRANTED;

2. Exhibit A of the First Amended Complaint shall be SEALED until further Order of the Court;

3. Access to the sealed document shall be limited to counsel for the plaintiff and counsel for the defendants; and

4. Plaintiffs shall file the redacted copy of Exhibit A within seven (7) days of the entry of this order.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990) and finds that, for the reasons stated in the Unopposed Motion to Redact, sealing the identified document serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the plaintiff would be harmed.

In light of the public filing of the Unopposed Motion to Redact, the Court further finds that there are no additional alternatives to sealing the exhibit that would adequately protect the compelling interests identified by the plaintiff.

IT IS SO ORDERED.

DATED: June 25, 2024          /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE