IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BROWN AND ALL OF US OR NONE,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNOR GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 2:24-cv-01281-DJC-CSK<br><br>**ORDER GRANTING REQUEST TO SEAL UNREDACTED MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

Defendants filed a request to seal their unredacted motion to dismiss Plaintiffs' First Amended Complaint. The Court, having reviewed the motion and good cause appearing, GRANTS the request. Defendants will file the unredacted motion under seal and for in camera review only in accordance with Local Rule 141. The unredacted motion will not be publicly filed. A copy of these documents will also be provided to Plaintiffs' counsel.

Dated: July 12, 2024                     /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE