Kellie Walters (SBN 342755)
Eric Sapp (SBN 240372)
Legal Services for Prisoners with Children
4400 Market Street
Oakland, CA 94608
(415) 625-7043
kellie@prisonerswithchildren.org

Richard Tan (SBN 327366)
Law Offices of Richard Tan
725 Washington St.
Oakland, CA 9460712
(510) 345-3246
richard@richardtanlaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM BROWN AND ALL OF US OR NONE,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNOR GAVIN NEWSOM, et al.,<br><br>Defendants. | No. 2:24-cv-01281-DJC-CSK<br><br>**Order to Extend Deadlines for Plaintiffs to File Second Amended Complaint and Defendants Response or Pleading**<br><br>Judge:       Hon. Daniel J. Calabretta<br>Trial Date:  Not Set<br>Action Filed: August 9, 2023 |

Pursuant to stipulation, and with good cause shown, IT IS ORDERED THAT: The Plaintiffs must file their Second Amended Complaint on or before February 25, 2025, and the Defendants must file their Answer or otherwise respond by April 4, 2025.

Dated: January 24, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

Prop. Order to Extend Deadline to File Second Amended Complaint and Response (2:24-cv-01281)