IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM BROWN AND ALL OF US OR NONE,**<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**GOVERNOR GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:24-cv-01281-DJC-CSK<br><br>**ORDER TO EXTEND DEADLINES FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Judge:　　The Honorable Daniel J. Calabretta<br>Trial Date:　Not Set<br>**Action Filed:　　8/09/2023** |

1

**ORDER**

Pursuant to stipulation and with good cause shown, it is ORDERED that:

All California Department of Corrections and Rehabilitation (CDCR) defendants, including both the original and those CDCR employees newly-added in Plaintiffs' Second Amended Complaint (SAC), shall Answer or otherwise respond to the SAC by June 6, 2025, or 30 days after Plaintiffs complete service on all defendants, whichever date is later.

**IT IS SO ORDERED.**

Dated: March 26, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE