IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM BROWN, AKA MINISTER KING X and ALL OF US OR NONE,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY JEFF MACOMBER, ET AL.,<br><br>Defendants. | Case No.:   2:24-cv-01281-DJC-CSK<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND AND/OR ENLARGE TIME FOR SERVICE** |

Good cause appearing, IT IS ORDERED THAT:

The Court grants Plaintiffs' Motion to Extend and/or Enlarge the Time for Service of the Second Amended Complaint to September 24, 2025. The Court's order of March 27, 2025 remains in effect, and the deadline to answer or respond to the Second Amended Complaint will be 30 days after service is completed on all defendants.

Dated:  May 29, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE