JOHN D. NIBBELIN, COUNTY COUNSEL (SBN 184603)
By: Karen Rosenthal, Lead Deputy (SBN 209419)
By: Tara E. Heumann, Deputy (SBN 252163)
500 County Center, 4th Floor
Redwood City, CA  94063-1664
Telephone: (650) 363-4250
Facsimile: (650) 363-4034
E-mail:  krosenthal@smcgov.org
E-mail:  theumann@smcgov.org

Attorneys for Defendant
SHERIFF CHRISTINA CORPUS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BROWN, AKA MINISTER KING X, & ALL OF US OR NONE,<br><br>Plaintiffs,<br><br>vs.<br><br>SECRETARY JEFF MACOMBER, DIRECTOR RON BROOMFIELD, WARDEN SIRCOYA WILLIAMS, LIEUTENANT JUDITH SPAULDING, OFFICER ROBERT G. KAIHE, AGENT TYLER A PADOVAN, AGENT FERNANDO MATA, SHERIFF CHRISTINA CORPUS, and JOHN DOES 1-5,<br><br>Defendants. | Case No. 2:24-cv-01281<br><br>**ORDER RE: TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

**GOOD CAUSE APPEARING,**

Defendants shall answer or respond to the Second Amended Complaint on or before September 8, 2025.

**IT IS SO ORDERED.**

Dated: July 23, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE