# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| William BROWN (a.k.a. Minister King X) and ALL OF US OR NONE, <br><br> Plaintiffs, <br><br> vs. <br><br> Sec. MACOMBER, Dir. BROOMFIELD, Warden WILLIAMS, Lt. SPAULDING, Ofc. KAIHE, Agent PADOVAN, Agent MATA, Sheriff CORPUS, and JOHN DOES 1-5, <br><br> Defendants. | Case No.: 2:24-cv-01281 <br><br> **ORDER EXTENDING BRIEFING SCHEDULE** <br><br> Judge: The Hon. Daniel J. Calabretta <br><br> Hearing Date: 12/4/2025 <br> Action Filed: 8/9/2023 <br> Trial Date: (not set) |

Good cause appearing, the Court orders the following briefing schedule in advance of the hearing on the Defendants' Motions to Dismiss (Dkt. 101 and 102):

 Opposition due October 6th, 2025.

 Reply briefs (optional) due October 20th, 2025.

 Hearing date December 4th, 2025.

IT IS SO ORDERED.

Dated: September 15, 2025    /s/ Daniel J. Calabretta
                THE HONORABLE DANIEL J. CALABRETTA
                UNITED STATES DISTRICT JUDGE