ROB BONTA, State Bar No. 202668
Attorney General of California
JANET N. CHEN, State Bar No. 283233
Supervising Deputy Attorney General
LORINDA D. FRANCO, State Bar No. 213856
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6459
Fax: (916) 731-2119
E-mail: Lorinda.Franco@doj.ca.gov

Attorneys for Defendants J. Macomber, S.M. Williams, J. Spaulding, R.G. Kaihe, T.A. Padovan, and F. Mata

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM BROWN, AKA MINISTER KING X and ALL OF US OR NONE,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY JEFF MACOMBER, ET AL.,<br><br>Defendants. | Case No.: 2:24-cv-01281-DJC-CSK<br><br>**STIPULATION TO CONTINUE RESPONSIVE PLEADING DEADLINE TO DECEMBER 4, 2026; AND ORDER THEREON** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, Plaintiffs William Brown, AKA Minister King X and All of Us or None (“Plaintiffs”) filed their Third Amended Complaint on November 2, 2026 (ECF No. 120);

WHEREAS, Defendants J. Macomber, S.M. Williams, J. Spaulding, R.G. Kaihe, T.A. Padovan, and F. Mata (“CDCR Defendants”) were served with the Third Amended Complaint in this matter on November 2, 2026 (ECF No. 120);

WHEREAS, CDCR Defendants’ responsive pleading deadline runs on November 16, 2026;

WHEREAS, the parties require time to discuss the grounds upon which CDCR Defendants will move to dismiss Plaintiffs' Third Amended Complaint with the intent to resolve issues and obviate the need for court intervention on resolved issues;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and CDCR Defendants, by and through their counsel, that Defendants' responsive pleading deadline in this matter be extended to December 4, 2026.

IT IS FURTHER AGREED THAT this Stipulation may be executed in one or more counterparts and, when said counterparts are taken together, shall constitute one original agreement notwithstanding that all parties are not signatories to the original or the same counterpart. Furthermore, a facsimile copy, photostatic copy, telecopy, "pdf" copy or other image of the parties' signatures shall have the same force and effect as the original. In the alternative, submitting counsel may place the other counsel's signature on the electronic filing by using "/s/" and typing counsel's name on the Stipulation if so authorized by other counsel.

Dated: November 16, 2026

Eric Sapp
Legal Services for Prisoners with Children
Richard Tan
Law Offices of Richard Tan

/S/ Eirc Sapp (as authorized on 11/16/26)

By: Eric Sapp
Richard Tan
*Attorneys for Plaintiffs*

Dated: November 13, 2026

ROB BONTA
Attorney General of California
JANET N. CHEN
Supervising Deputy Attorney General
/s/ Lorinda D. Franco

Deputy Attorney General
*Attorneys for Defendants J. Macomber, S.M. Williams, J. Spaulding, R.G. Kaihe, T.A. Padovan, and F. Mata*

**ORDER**

IT IS SO ORDERED.

Dated: November 17, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE